**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 26-1659**

---

In re: LAMAR PRILLIMAN,

  Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Virginia, at Norfolk.  (2:25-cv-00097-RBS-LRL)

---

Submitted:  June 12, 2026                    Decided:  June 17, 2026

---

Before NIEMEYER and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Lamar Prilliman, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lamar Prilliman petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2241 petition and his associated motion to expedite proceedings and for immediate release.  He seeks an order from this court directing the district court to act.  Our review of the district court's docket reveals that the district court granted in part and denied in part Prilliman's § 2241 petition and denied his motion to expedite proceedings and for immediate release by order entered June 8, 2026.  Accordingly, because the district court has recently decided Prilliman's case, we deny the mandamus petition as moot.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*